UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re RAIL FREIGHT FUEL SURCHARGE )
ANTITRUST LITIGATION )
)
_____ )   MDL Docket No. 1869
)   Miscellaneous No. 07-0489 (PLF)
This document relates to: )
)
ALL DIRECT PURCHASER CASES )
_____ )

## ORDER

In anticipation of the above-captioned matter soon being transferred to Judge

Beryl Howell, it is hereby

ORDERED that Defendant BNSF Railway Company's Motion for Summary

Judgment [Dkt. No. 1030], Defendant CSX Transportation, Inc.'s Motion for Summary

Judgment [Dkt. No. 1031], Defendant Union Pacific Railroad Company's Motion for Summary

Judgment [Dkt. No. 1032], and Defendant Norfolk Southern Railway Company's Motion for

Summary Judgment [Dkt. No. 1033] are denied without prejudice to their being refiled before

Judge Howell.[1]

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE:  3/21/24

_____

[1]     The individual cases that make up MDL Docket No. 1869 are Strates Shows, Inc.
v. Association of American Railroads, Civil Action No. 07-1127; Donnelly Commodities, Inc. v.
Association of American Railroads, Civil Action No. 07- 1515; Dust Pro, Inc. v. CSX
Transportation, Inc., Civil Action No. 07-2061; Zinifex Taylor Chemicals, Inc. v. CSX
Transportation, Inc., Civil Action No. 07-2062; and US Magnesium LLC v. CSX Transportation,
Inc., Civil Action No. 07- 2116.